UTICA,
Aug. 1824.

Marsh
v.
Eastman.

proper to meet the question of title upon its merits, and that has been decided against him, the Court should not listen to an application of this kind. There is no case to be found where such an application has been sustained, at this stage of the proceedings. It would be unjust to permit a party to lie by, until the costs of the plaintiff have accumulated by a trial and verdict; and after nearly all the expense has been incurred which could arise in the whole course of the suit, then obtain a stay of proceedings. The application might, and should have been made at an earlier stage of the cause; and has been waived by delay.

*Curia.* We think otherwise ; and that the application comes before us in season, if made at any time while the cause is in a course of litigation.

Motion granted,

---

MARSH *against* EASTMAN.

On certiorari, the defendant cannot compel a return.

His course is to *non pros* the plaintiff in error, if he does not cause a return to be made.

On certiorari to a Justice's Court. The parties had proceeded to an issue of *in nullo est erratum*, without the Justice's having made any return ; and now,

A motion was made, on the part of the defendant, for a rule requiring the Justice to make a return.

*Curia.* He should *non pros* the plaintiff, if he does not cause a return to be made. The defendant has no right to call upon the Justice to make a return, This is the business of the plaintiff.

Motion denied,